AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN **DISTRICT OF** NEW YORK

------------------------------------------X

DAVID EIDMAN,
    Plaintiff,

-against-

ERNEST STANLEY O'NEAL, et al.
    Defendants.

------------------------------------------X

**APPEARANCE**

Case Number: 08 Civ. 03392 (LBS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, David Eidman

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/11/2008 | *(signature)* |
| Date | Signature |
| | Edward Y. Kroub     EK-4999 |
| | Print Name     Bar Number |
| | 28 West 44th Street, 16th Floor |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 404-2200    (212) 404-2226 |
| | Phone Number    Fax Number |