AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

---------------------------------------------x
DAVID EIDMAN,
    Plaintiff,

-against-

ERNEST STANLEY O'NEAL, et al.
    Defendants.
---------------------------------------------x

**APPEARANCE**

Case Number: 08 Civ. 03392 (LBS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiff, David Eidman

    I certify that I am admitted to practice in this court.

6/11/2008
Date

*[Signature]*
Signature

Michael A. Schwartz      MS-2352
Print Name      Bar Number

28 West 44th Street, 16th Floor
Address

New York      NY      10036
City      State      Zip Code

(212) 404-2200      (212) 404-2226
Phone Number      Fax Number