USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DAVID EIDMAN,

                            Plaintiff,        :        **ORDER**

   -against-                                     :        08 Civ. 3392 (LBS)

ERNEST STANLEY O'NEAL, et al.,       :

                       Defendants.   :
-----------------------------------------------------------x
In re:  MERRILL LYNCH & CO., INC.      :
       Securities, Derivative & ERISA Litigation  :
-----------------------------------------------------------x

SAND, J.

        The Court will defer consideration of the motion to dismiss until such time as it hears and decides defendants' motion to dismiss in the parallel consolidated case.

SO ORDERED.

Dated:     New York, New York
            June 18, 2008

                                                  _____
                                                  U.S.D.J.