USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DAVID EIDMAN,                                       :

                    Plaintiff,      :     **AMENDED ORDER**

-against-                                           :     08 Civ. 3392 (LBS)

ERNEST STANLEY O'NEAL, et al.,                      :

                    Defendants.     :
------------------------------------------------------------x
In re:  MERRILL LYNCH & CO., INC.                   :
       Securities, Derivative & ERISA Litigation    :
------------------------------------------------------------x

SAND, J.

       The Court will defer consideration of the motion to remand until such time as it hears and decides defendants' motion to dismiss in the parallel consolidated case.

SO ORDERED.

Dated:    New York, New York
            June 19, 2008

                                                U.S.D.J.